UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHIEM TRAN, | No. 2:18-cv-3000 DB P |
| Petitioner, | |
| v. | ORDER |
| HUNTER ANGELA, Warden, | |
| Respondent. | |

Petitioner, a state prisoner, is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner's six-month Inmate Statement Report submitted by the California Department of Corrections and Rehabilitation (ECF No. 5) reveals that he has a current available balance of $331.48. The Report also shows that petitioner's balance regularly exceeds $150 (and at several points in that period actually exceeds $400).

Pursuant to federal statute, a filing fee of $5.00 is required to commence a habeas corpus action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

Petitioner's account balance shows that petitioner is able to pay the filing fee and costs. Thus, petitioner has made an inadequate showing of indigency. See Alexander v. Carson Adult

1

1 | High Sch., 9 F.3d 1448 (9th Cir. 1993).  Petitioner will therefore be granted twenty days in which
2 | to submit the appropriate filing fee to the Clerk of the Court.  Petitioner is cautioned that failure to
3 | pay the fee will result in a recommendation that the application to proceed in forma pauperis be
4 | denied and the instant action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order, petitioner shall submit the appropriate filing fee.

Dated: May 30, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7;
DB/Inbox/Routine/tran3000.101c